# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES DEPARTMENT OF TREASURY, <br><br> Plaintiff, <br><br> vs. <br><br> SEIZED FEDERAL SECURITIES, <br><br> Defendant <br><br> DUANE L. BERRY, <br><br> Claimant. | CIVIL CASE 21-00010 <br><br> **CLERK'S NOTICE OF RECEIPT OF LETTER** |

In the interest of full and complete disclosure, the Clerk's Office is attaching various documents received from Claimant Duane L. Berry.

Dated this 9th day of May, 2022.

JEANNE G. QUINATA, Clerk of Court

By: /s/ Francine A. Diaz
FRANCINE A. Diaz, Deputy Clerk

UNITED STATES DISTRICT COURT

U. S. DEPARTMENT OF THE TREASURY,
        PLAINTIFF

           V.                              CASE#1:2021cv00010

SEIZED FEDERAL SECURITIES,
        DEFENDANT

_____/

## NOTICE OF FORFEITURE

The real property known as BANK OF AMERICA, N. A., Located at 100 N. Tryon St., Charlotte, N. C. 28202 with all appurtenances and attachments thereon and any right to collect and receive any profit, rent, and proceeds therefrom directly or indirectly including all interest held in or secured by the real property has been attached through the Defendant SEIZED FEDERAL SECURITIES and forfeited to the Plaintiff per. attached executed warrants.

Dated: 04-12-2022                                                              /S/ DUANE L. BERRY
                                                                                            FEDERAL TRUSTEE

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11738-J

_____

U.S. DEPARTMENT OF THE TREASURY,

                              Plaintiff - Appellee,

versus

SEIZED FEDERAL SECURITIES,

                              Defendant,

DUANE L. BERRY,

                              Interested Party - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

      The Appellant's motion to stay pending appeal, construed from motion to stay all Orders, Judgments, Mandates, Proceedings or otherwise in this action is GRANTED to the extent that this appeal shall be stayed for a period of sixty (60) days. The Appellant may file a renewed motion for stay at the expiration of the sixty (60) day-time period if necessary.

      The Appellant is directed to file a monthly status report on the 15th of every month until the stay has been lifted.

                                                      /s/ Robin S. Rosenbaum
                                                      UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS

UNITED STATES DEPT. OF THE TREASURY,
    PLAINTIFF

V.                                                        CASE#21-11738

SEIZED FEDERAL SECURITIES,
    DEFENDANT

----------------------------------------/

## STATUS REPORT BY ORDER

The ORDER has been satisfied to the extent that the Plaintiff has arrested and taken custody of the Defendant by attachments through its Federal Trustee Duane L Berry and the U. S. Marshals Service. No further stay is necessary. See attached executed warrants.

/s/Duane L Berry
FEDERAL TRUSTEE

RECEIVED IN CLERK'S
U.S.D.C. - Atlanta
APR -5 2021
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 1:21-cv-00717-CAP-CCB |
| SEIZED FEDERAL SECURITIES, | § § § | |
| Defendant, | § § § | |

## WARRANT FOR ARREST IN REM

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED PERSON

WHEREAS, in a matter concerning the National Security of the United States in the above captioned action, the undersigned FEDERAL TRUSTEE, on behalf of the United States Department of the Treasury, has issued a warrant for arrest in rem regarding the recovery and investigation of classified tax records, documents, and banking information pursuant to the National Security Act. [See 50 U.S.C. § 3162(a)(1)]

WHEREAS, the undersigned FEDERAL TRUSTEE is authorized to issue this warrant and no further court action is required. [See 50 U.S.C. § 3162(a)(3)(A) and 26 U.S.C. § 6903]

Dated: March 11, 2021

_____
DUANE L. BERRY
FEDERAL TRUSTEE
(26 USC § 6903)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Ave. NW
Washington, DC 20220

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| Field | Value |
|---|---|
| PLAINTIFF | U.S DEPARTMENT OF THE TREASURY |
| COURT CASE NUMBER | 1:21-cv-00717 CAP |
| DEFENDANT | SEIZED FEDERAL SECURITIES |
| TYPE OF PROCESS | SUBPOENA/WARRANT |

**SERVE AT:**
NAME: Martins Towing Inc
ADDRESS: 1711 Dix Toledo Hwy, Brownstown, MI 48192

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

(SEE ATTACHED WARRANT)

☒ PLAINTIFF
☐ DEFENDANT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 29 2021
KEVIN P. WEIMER, Clerk
BY: Deputy Clerk

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

District of Origin: No. 39
District to Serve: No. E/MI
Signature of Authorized USMS Deputy or Clerk: [signed] Edw Peter Murphree
Date: 7/23/21

☒ I hereby certify and return that I have personally served... the process described on the individual, company, corporation, etc. at the address shown above.

Name and title of individual served: **Ashley Poore (Office Manager)**
Address: Same as above

☒ A person of suitable age and discretion then residing in defendant's usual place of abode.

Date: 7/23/2021  Time: 9:43 ☒ am

Signature of U.S. Marshal or Deputy: [signed] Edw Peter Murphree #31907

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed |
|---|---|---|---|---|---|
| | 14 miles / 1 endeavor | | | | $0.00 |

**REMARKS:** Served without incident to Ashley Poore, Office Manager of Martins Towing INC. on 7/23/2021 @ 0943 hrs.
* 1 endeavor 7/23/2021
* 14 miles
* 1 hour

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/15/80

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. DEPARTMENT OF THE TREASURY | 1:21-cv-00717-CAP |
| DEFENDANT | TYPE OF PROCESS |
| SEIZED FEDERAL SECURITIES | WARRANT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CNN
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 CNN Center, Atlanta, GA 30303

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. DEPARTMENT OF THE TREASURY
Attn: Mr. Brent J. McIntosh
(General Counsel)
1500 Pennsylvania Ave., NW
Washington, DC 20220

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAINTAIN LEAKED TAX RECORDS, 'SEIZED FEDERAL SECURITIES' (Defendant) in your custody until further notice

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: --- -- ----
DATE: 6/16/21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. A19
District to Serve No. A19
Signature of Authorized USMS Deputy or Clerk
Date: 7/8/21

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Banks

Address (complete only different than shown above):
289 Culver Street
Lawrenceville, GA 30046

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 16 2021
KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 13 Aug 21   Time: 11:40 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| * | | | $492.24 | | $0.00 |

REMARKS: 1) 404-827-1500  2) legal dept 4-827-4987  CT Corp 289 Culver St. S Lawrenceville
General #   Kelly  3)
* See capture report for list of charges.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

```
IRPTRN56090660932014000000          *(TY2014)
                                                          PAGE 0094 OF 0145
   DOCUMENT TYPE: 1099-A
   PAYEE ENTITY DATA:      56-0906689
    BANK OF AMERICA
    100 N TRYON STREET
    CHARLOTTE
    STATE: NC ZIP: 28202-0000          ACQUISITION DATE: N/A
                                       PERSONAL LIABILITY (BELOW):

   ACCOUNT NUMBER: 14 202658BCT
   PAYER ENTITY DATA:      476528466
    BRIDGEWATER CAPITAL TR
    % BANK OF AMERICA TTEE
    38742 BRAMHAM ST
    CLINTON TWP             MI 48038
    ITEM DESCRIPTION: IP/REAL PROPERTY
    PRPTY FMV..**************
    DEBT OUT...**************


   ****************************   TAXPAYER COPY   ****************************
```

Date: 5/1/2018 Time: 5:35:47 PM

9-12


# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Record of Account

```
                              Request Date:      05-01-2018
                              Response Date:     05-01-2018
                              Tracking Number:   100386302553
```

FORM NUMBER:      1120
TAX PERIOD:       Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER: 56-0906609

BANK OF AMERICA CORPORATION
150 N COLLEGE ST NC1-028-17-06
CHARLOTTE, NC 28202-2271-996

```
       ---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                         $0.00
ACCRUED INTEREST:                        $0.00 AS OF: May 14, 2018
ACCRUED PENALTY:                         $0.00 AS OF: Sep. 15, 2015

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):           $0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
NET RECEIPTS:                     $977,720.00
TOTAL INCOME:                $110,335,617,690.00
TOTAL DEDUCTIONS:             $96,981,647,929.00
NET TAXABLE INCOME:           $13,353,969,761.00
MINIMUM TAX AMOUNT:                      $0.00
ESTIMATED TAX CREDITS:          -$550,324,858.00
PERSONAL HOLDING TAX:                    $0.00
ES/7004 PAYMENTS CLAIMED:       -$650,324,858.00
TAX PER RETURN:                  $438,897,314.00
NAICS CD:                            551111

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Aug. 26, 2015
PROCESSED DATE                                               Oct. 05, 2015
```

| | | | | |
|---|---|---|---|---|
| 421 | Closed examination of tax return | | 11-29-2016 | $0.00 |
| 424 | Examination Request | | 11-29-2016 | $0.00 |
| 960 | Appointed representative | | 06-30-2017 | $0.00 |
| 290 | Additional tax assessed | 201803 | 02-05-2018 | $0.00 |
| n/a | 83354-409-15117-8 | | | |
| 560 | IRS can assess tax until 12-31-2019 | | 01-30-2018 | $0.00 |

**EIN Provided:** 56-0906609
**Tax Period Requested:** Dec. 31, 2014
**Form Number:** 1120
**Duplicate Amendment Number:** 000

The following items reflect the amount as shown on the return as filed or as adjusted during return processing. It does not include adjustments to the account after return settlement.

## Original Return

NAME(S) SHOWN ON RETURN: BANK OF AMERICA CORPORATION
ADDRESS:       150 N COLLEGE ST NC1-028-17-06

               CHARLOTTE, NC 28202-2271

CYCLE POSTED:          201537
DLN:           93311-238-40546-5
REMITTANCE:            $0.00
RECEIVED DATE:         08-26-2015

### Indicators, Codes, and Miscellaneous Information

| | |
|---|---|
| CORRESPONDENCE RECEIVED DATE: | 00-00-0000 |
| PARENT CORP EIN: | |
| DESIGNEE CHECKBOX: | |
| DESIGNEE PHONE NUMBER: | |
| TOTAL ASSETS: | $3,889,574,776,881.00 |
| SCH K NET OPERATING LOSS CARRYOVER PRIOR TAX YEARS: | $10,292,297,769.00 |
| SCH N TOTAL ESTIMATED TAX INCOME EXCLUSION: | $0.00 |

### Income

| | |
|---|---|
| GROSS RECEIPTS OR SALES: | $977,720.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET RECEIPTS PER COMPUTER: | $977,720.00 |
| COST OF GOODS SOLD: | $0.00 |
| COST OF GOODS SOLD PER COMPUTER: | $0.00 |

U.S. POSTAGE PAID
PM
CLINTON TOWNSHIP, MI
48038
APR 29, 22
AMOUNT
**$15.75**
R2304P118832-32

96910
1004

**FROM:**
UNITED STATES DEPT. OF TREASURY
1500 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20220

**TO:**
District Court of Guam
Clerk; Jeanne Quinata
520 Soledad Ave, Fl. 4
Hagatna, Guam 96910

Screened
United States Marshals Service
District of Guam
Date 5/9/22

PRIORITY MAIL®

PRESS FIRMLY TO SEAL

CERTIFIED MAIL®

7021 2720 0002 4260 0498

Most domestic shipments include up to $50 of insurance (restrictions apply).*
USPS Tracking® included for domestic and many international destinations.
Limited international insurance.**
When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F May 2020
OD: 12 1/2 x 9 1/2